THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LENG THAO, on behalf of himself and all others similarly situated,

Plaintiff,

v.

MILLIMAN, INC.,

Defendant.

NO. 2:26-cv-01339-JLR

**STIPULATED MOTION AND [PROPOSED] ORDER TO STAY THE CASE PENDING MEDIATION**

**NOTED FOR CONSIDERATION:**
JUNE 9, 2026

Plaintiff Leng Thao and Defendant Milliman, Inc. respectfully inform the Court that they have agreed to pursue mediation and request that the Court stay all proceedings in this matter, pending resolution of the mediation. In support of their request, the parties state:

1.      Mr. Thao filed this proposed class action lawsuit against Milliman on March 30,2026 in King County Superior Court. Milliman removed the matter to this Court on April 20, 2026.

2.      This case is related to three other proposed class actions against Milliman in this district. Those cases have been stayed pending a mediation that is scheduled to take place on August 5, 2026 with mediator Matt Turetsky. The parties have agreed to include this case in the August 5, 2026 mediation.

3.      The three related cases are:

*Healy v. Milliman, Inc.*, 2:20-cv-01473-TL

*Morris et al. v. Milliman, Inc.*, 2:23-cv-00446-TL

*Michalski v. Milliman, Inc.*, 2:26-cv-00615-TL

STIPULATED MOTION AND [PROPOSED] ORDER TO STAY THE
CASE PENDING MEDIATION - 1
CASE NO. 2:26-cv-01339-JLR

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington  98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

4.      Plaintiffs in all four cases allege that Milliman violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (FCRA) by including erroneous information on consumer reports that were then published to third party life insurance carriers. Plaintiffs also allege that Milliman violated the FCRA by failing to provide all information in the plaintiff's file when the plaintiff requested it and by failing to comply with the FCRA's reinvestigation requirements. Milliman denies Plaintiff's allegations.

5.      A stay of all proceedings, pending completion of the mediation, will conserve judicial and party resources while the parties attempt to resolve this matter. Issuing a stay in this case so that the parties may focus on a potential settlement through mediation and avoid spending additional resources on further litigation will promote the efficient administration of justice and will not cause damage, hardship, or inequity to any party. A stay will also avoid a potentially unnecessary expenditure of resources by this Court on future motions—all of which would be for naught if the parties settle this dispute. *See Epstein v. US Foods, Inc.*, 2025 WL 330544, at *1 (W.D. Wash. Jan. 29, 2025) ("A stay [pending mediation] is appropriate here to preserve the parties' and the Court's resources and to promote the orderly course of justice.").

6.      The parties will file a joint status report by August 19, 2026 that informs the Court if they reached a proposed agreement.

STIPULATED TO AND DATED this 10th day of June, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Jennifer Rust Murray*
Beth E. Terrell, WSBA No. 26759
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA No. 36983
Email: jmurray@terrellmarshall.com
Blythe H. Chandler, WSBA No. 43387
Email: bchandler@terrellmarshall.com
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

WILLIAMS KASTNER

By: */s/ Jeffery M. Wells*
Jeffery M. Wells, WSBA No.
Email: jwells@williamskastner.com
601 Union Street, Suite 4000
Seattle, Washington 98101-2341
Telephone: (206) 233-2985
Facsimile: (206) 628-6611

*Attorneys for Defendant*

STIPULATED MOTION AND [PROPOSED] ORDER TO STAY THE
CASE PENDING MEDIATION - 2
CASE NO. 2:26-cv-01339-JLR

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington  98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

E. Michelle Drake, *Admitted Pro Hac Vice*
Email: emdrake@bergermontague.com
Joseph C. Hashmall, *Admitted Pro Hac Vice*
Email: jhashmall@bergermontague.com
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, Minnesota 55413
Telephone; (612) 594-5933

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED this  10th  day of  June _____, 2026.

_____
THE HONORABLE JAMES L. ROBART

STIPULATED MOTION AND [PROPOSED] ORDER TO STAY THE
CASE PENDING MEDIATION - 3
CASE NO. 2:26-cv-01339-JLR